IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KEVIN JAMES KOHUTE,

    Plaintiff,

V.

FNU CRAVER, ET AL.,

    Defendants.

§§§§§§§§§§§§

NO. 4:25-CV-1042-O

## ORDER OF DISMISSAL AND IMPOSITION OF SANCTIONS

By order signed September 26, 2025, the Court ordered that if Plaintiff, Kevin James Kohute, wished to proceed with this action, by October 24, 2025, he must either pay the $405.00 filing and administrative fees or file a completed application to proceed *in forma pauperis* accompanied by a certificate of inmate trust account or institutional equivalent. The order cautioned that failure to comply might result in the dismissal of the complaint without further notice for want of prosecution. FED. R. CIV. P. 41(b). Plaintiff has failed to comply with the order.

The Court notes that Plaintiff has been the subject of a number of orders imposing sanctions. The United States District Court for the Eastern District of Texas has ordered that he cannot file another lawsuit unless he is represented by an attorney licensed to practice in that district and the filing fee is paid in full at the outset of the case. *Kohute v. Joint Base Camp Bullis*, No. 6:24-CV-00479 (E.D. Tex. Mar. 10, 2025), ECF No. 6. The complaint in this case appears to be frivolous, as does the complaint filed by Plaintiff under Case No. 4:25-CV-1043-P. The Court imposes the same restriction in this district. Plaintiff is not allowed to file another lawsuit in this district unless he is represented by an attorney licensed to practice law in this district and he pays the filing fee in full at the outset of the case.

This action is **DISMISSED** pursuant to the authority of 28 U.S.C. §§ 1915(e)(2), (g), & 1915A(b).

**SO ORDERED** this **30th day** of **October, 2025**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

2